943 So.2d 1026 (2006)
Eunide WING, Appellant,
v.
SAKS, INC., d/b/a Saks Fifth Avenue, and American Express Travel Related Services Co. Inc., Appellees.
Nos. 3D06-1035, 3D06-562.
District Court of Appeal of Florida, Third District.
December 20, 2006.
Abbie Cuellar, Hialeah, for appellant.
Kahan Shir and Paul E. Heimberg, Boca Raton; Adams, Adams & Baca and Joel V. Lumer, Miami; Fowler White Burnett and Ronald G. Neiwirth, Miami, for appellees.
Before FLETCHER and CORTIÑAS, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Brown v. Hanger, 368 So.2d 63, 65 (Fla. 3d DCA 1979); Transamerica Ins. Co. v. Long, 318 F.Supp. 156 (W.D.Pa.1970).